# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENFIELD MHP ASSOCIATES, L.P., a limited partnership; STARLIGHT MHP, LLC, a California limited liability company; STARLIGHT EXCHANGE, LLC, a Delaware limited liability company; DAVIS GROUP EXCHANGE, LLC, a Delaware limited liability company; VILLA CAJON MHC, L.P., a Utah limited partnership,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; SENIOR OPERATIONS, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:15-cv-01525-GPC-AGS<br><br>**JUDGMENT AND ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 233.] |

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1  The parties filed a Joint Motion for Dismissal with Prejudice ("Joint Motion"). ECF
2  No. 233.  **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**.  The case is
3  **DISMISSED** with prejudice.

4      **IT IS SO ORDERED.**

5  Dated:  April 28, 2021

6  Hon. Gonzalo P. Curiel
7  United States District Judge